JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

ANDREA GORDON

## DEFENDANTS

THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT

**(b)** County of Residence of First Listed Plaintiff  NAPA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    C&C SAN FRANCISCO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Howard Moore, Jr.    (510) 542-7172
Moore & Moore
1563 Solano Avenue, #204
Berkeley, CA 94707-2116

Attorneys (If Known)

08-3630BZ

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [X] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**PERSONAL INJURY**
- [ ] 362 Personal Injury— Med. Malpractice
- [ ] 365 Personal Injury — Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 441 Voting
- [X] 442 Employment
- [X] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 440 Other Civil Rights

### PRISONER PETITIONS
- [ ] 510 Motions to Vacate Sentence
**Habeas Corpus:**
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

### FORFEITURE/PENALTY
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 463 Habeas Corpus – Alien Detainee
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from another district (specify)
- [ ] 6  Multidistrict Litigation
- [ ] 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII, 42 USC Section 1981, & Cal. Gov. Code sections 12940(a) and 12940(h)

Brief description of cause:
Race, Gender, and Retaliatory denial of promotions

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ ATP

CHECK YES only if demanded in complaint:
JURY DEMAND:  [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)

[X] SAN FRANCISCO/OAKLAND      [ ] SAN JOSE

DATE
July 28, 2008

SIGNATURE OF ATTORNEY OF RECORD

1 HOWARD MOORE, JR., SBN 55228
MOORE & MOORE
2 1563 Solano Avenue, # 204
Berkeley, California 94707-2116
3 Telephone:    (510) 452-7172
Facsimile:    (510) 528-3024
4 Email: moorlaw@aol.com

5 Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHER DISTRICT OF CALIFORNIA

10 ANDREA GORDON,                          )    Case No. 08    3630
                                           )
11              Plaintiff,                  )
                                           )
12 vs.                                      )    COMPLAINT FOR DAMAGES
                                           )    [Race or color & gender
13 THE BAY AREA AIR QUALITY                 )    discrimination in promotions &
   MANAGEMENT DISTRICT,                     )    retaliation)
14                                          )
              Defendant.                    )
15 _____ )    JURY TRIAL DEMANDED

16

17    **I.    JURISDICTION AND VENUE**

18        1.        This civil action is brought pursuant to Title VII of the Civil Rights Act of 1964,

19 *as amended* (42 United States Code §2000e-2(a) and 2000e-3(a), to remedy race or color, gender,

20 and retaliatory discrimination in employment. This civil action is also brought pursuant to the

21 Civil Rights Act of 1866, *as amended* (42 United States Code §1981), to remedy race or color

22 and retaliatory discrimination in employment.  Jurisdiction over the complaint is conferred by 28

23 United States Code §1331(a) and §1343(a)(4) and by Title VII of the Civil Rights Act of 1964, *as*

24 *amended* ( 42 United States Code §2000e-5). Equitable and other relief is sought under 42 United

25 States Code §2000e-5(g).

26        2.        Jurisdiction over Plaintiff's claims which arise under state law is invoked pursuant

27

28 _____
                              Complaint for Damages
          Andrea Gordon v. Bay Area Air Quality Management District        Case No.

1    to 28 United States Code §1367. The state law claims which arise from the same core facts are

2    so related to the claims within this Court's original jurisdiction that they form a part of the same

3    case and controversy under Article III of the United States Constitution.

4        3.      Venue is properly laid within this judicial district. The acts or omissions to act

5    which comprise the acts of employment and retaliatory discrimination complained of herein

6    occurred within the territorial boundaries of this judicial district at 939 Ellis Street, in the City

7    and County of San Francisco, California.

8    II.    PARTIES

9        4.      Plaintiff named herein is: ANDREA GORDON ("Plaintiff or Andrea"), an adult

10   African American, female citizen of the United States who resides in Napa, California.

11       5.      Defendant named herein is: THE BAY AREA AIR QUALITY MANAGEMENT

12   DISTRICT ("BAAQMD"). BAAQMD is a local public agency formed by the nine counties

13   which surround the San Francisco Bay, Alameda, Contra Costa, Marin, Napa, San Francisco, San

14   Mateo, Santa Clara, Solano, southwest Solano, and southern Sonoma counties. BAAQMD is

15   governed by a 22-member Board of Directors, who are elected from each of the nine Bay Area

16   counties in proportion to its population. BAAQMD is supported by permit-related revenues,

17   surcharges levied on motor vehicles registered in the 9-county area, county property taxes, federal

18   grants, and other miscellaneous sources of income. BAAQMD regulates stationary sources of

19   emissions of air pollution within the 9-county area. BAAQMD is an employer within the

20   meaning of Title VII of the Civil Rights Act of 1964, and for 20 or more weeks in the current or

21   preceding calendar year, it has had 15 or more employees. On information and belief and

22   Plaintiff thereon alleges BAAQMD employs in excess of 350 staff members.

23   III.   FACTUAL ALLEGATIONS

24       6.      ANDREA is employed as a Senior Environmental Planner in the Outreach and

25   Incentives Division of BAAQMD at its headquarters in San Francisco. Among her duties,

26   ANDREA identifies grant projects that will reduce motor vehicle emissions within the 9-county

27

28

Complaint for Damages
Andrea Gordon v. Bay Area Air Quality Management District    Case No.

2

1  area.  She has worked for BAAQMD for the past 14 years. She holds an undergraduate and a

2  master's degree.

3         7.      ANDREA timely applied for promotion to the position of Supervising

4  Environmental Planner.  She was qualified for the position but BAAQMD did not select her.

5  From the date of ANDREA's non-selection for the position of Supervising Environmental

6  Planner on  January 13, 2006, to the present, ANDREA has applied for each promotional vacancy

7  for which she was qualified but she was not selected.

8         8.      In June of 2006, ANDREA received a letter from BAAQMD which informed her

9  that she had not been selected for a Supervising Environmental Planner position and that her

10  name would be placed on a list to be considered for other available positions which were in the

11  same classification as the Supervising Environmental Planner position. Late in July of 2006,

12  ANDREA met with the Director of Outreach and Incentives and inquired why she had not been

13  considered for another promotion to the position of Supervising Environmental Planner. The

14  Director informed ANDREA that he did not know she was interested, even though ANDREA's

15  name was supposedly on a list of persons interested in being considered for promotion to

16  positions in that job classification. The Director did not consider ANDREA even though she was

17  featured in BAAQMD's *Annual Report* as one of its outstanding employees and to illustrate its

18  commitment to being an 'Equal Opportunity Employer," who does not discriminate against

19  racial and ethnic minorities and women.

20         9.      Within the past 2 and a half years, BAAQMD has pursued a practice of promoting

21  anyone except ANDREA. Beginning January 13, 2006 and continuing through March 13, 2008,

22  ANDREA applied for nine (9) promotions for which she was qualified, and BAAQMD selected

23  someone else of a different race or gender whose qualifications were no better than ANDREA's.

24  The positions for which ANDREA was not selected during this period, include, but are not

25  limited to, the following:

26

27

28

Complaint for Damages
Andrea Gordon v. Bay Area Air Quality Management District    Case No.

3

| Date | Position Title | Person Selected | Race/Gender |
|------|----------------|-----------------|-------------|
| 01/13/2006 | Supervising Environmental Planner | David Wiley | White/male |
| 02/13/2006 | Principal Environmental Planner | Abby Young | White/female |
| 06/15/2007 | Supervising Public Information Officer | Jeff Weiss | White/male |
| 08/07/2007 | Air Quality Program Manager | Damian Breen | White/male |
| 08/16/2007 | Supervising Environmental Planner | Anthony Fournier | Hispanic/male |
| 11/01/2007 | Advanced Project Advisor | Virginia Lau | Asian/Female |
| 02/25/2008 | Supervising Air Quality | Tony Gambella | White/male |
| 03/05/2008 | Principal Environmental Planner | Victor Douglas | AA/Male |
| 03/13/2008 | Public Information Officer | Unknown | Unknown/male |

10.     After ANDREA filed a charge of discrimination against BAAQMD with the

EEOC and expressed her opposition to discriminatory practices to management, she was

disciplined and given oral and written reprimands on the slightest pretext. On November 12,

2007, Damian Breen, Grants Programs Manager, orally reprimanded ANDREA for allegedly

being disrespectful to her supervisor, David Wiley. On November 28, 2007, Damian Breen gave

ANDREA a written reprimand for the same alleged misconduct which he placed in her personnel

file.

11.     On March 25, 2008, Damian Breen reprimanded ANDREA in an email for

conduct which he claimed was disrespectful toward her immediate supervisor.

12.     On July 28, 2008, Damian Breen issued a written reprimand to ANDREA for

raising issues with Mr. Wiley in emails concerning his practice of overburdening her with work

and giving her unreasonable and unrealistic time-frames in which to complete her assignments. In

his written reprimand of July 28, Mr. Breen admonished ANDREA that she could face more

Complaint for Damages
Andrea Gordon v. Bay Area Air Quality Management District    Case No.

4

1  serious disciplinary action if she continued to protest the mistreatment to which she was being

2  subjected.

3         13.     Prior to the time ANDREA engaged in protected activity, BAAQMD always

4  commended her on her work. During her 14-year employment with BAAQMD, in which she was

5  assigned to the same department, ANDREA often took on extra duties and responsibilities when

6  her section was understaffed and the workload excessive.  Over the years, ANDREA helped train

7  several new supervisors and staff in her section, and she was always helpful in the administration

8  of her section.

9         14.     As a proximate result of BAAQMD's actions as alleged herein, ANDREA was

10  humiliated, hurt and injured in her health, strength and activity, and suffered and continues to

11  suffer loss of reputation, goodwill and standing in the community, shame and embarrassment,

12  hurt feelings, mental anguish and suffering, anxiety, depression, loss of enjoyment of life, and a

13  general loss of self-esteem and well being.  The value of such non-economic damages and losses

14  will be established in accordance with proof at trial.

15         15.     As a further proximate result of the acts or omissions of BAAQMD, ANDREA

16  has also suffered significant loss of income and employment benefits.  The value of such

17  economic damages and losses will be established in accordance with proof at trial.

18      **IV.    EXHAUSTION OF ADMINISTRATIVE REMEDIES**

19         16.     On June 20, 2008, the Civil Rights Division of the United States Department of

20  Justice issued ANDREA notice of her right-to-sue on her charge of discrimination which she

21  filed with the EEOC.  On the same date and by the same letter, the Civil Rights Division also

22  notified BAAQMD that it issued notice of right to sue.

23         17.     On information and belief and ANDREA thereon alleges that the EEOC crossed-

24  filed her complaint with the California Department of Fair Employment and Housing (DFEH).

25  Pursuant to Government Code §12965(d)(1) an (2), the time in which ANDREA could bring this

26  action under state law has not lapsed.

27

28

---

Complaint for Damages
Andrea Gordon v. Bay Area Air Quality Management District    Case No.

5

1    **V.    CLAIMS FOR RELIEF**

2    **A.    FIRST CLAIM FOR RELIEF - RACE OR COLOR DISCRIMINATION**

3    18.    Defendant intentionally violated 42 United States Code §2000e-2(a) by refusing

4  and failing to promote Plaintiff on the grounds of her race (African American) or her color

5  (Black).

6    WHEREFORE, Plaintiff prays for judgment as set forth below.

7    **B.    SECOND CLAIM FOR RELIEF - GENDER/SEX DISCRIMINATION**

8    19.    Plaintiff incorporates as though fully set forth and alleged in this Second Claim for

9  Relief paragraphs 1 through 16, above.

10    20.    Defendant intentionally violated 42 United States Code §2000e-2(a) by refusing

11  and failing to promote Plaintiff on the grounds of her gender/sex (female).

12    WHEREFORE, Plaintiff prays for judgment as set forth below.

13    **C.    THIRD CLAIM FOR RELIEF - RETALIATION**

14    21.    Plaintiff incorporates as though fully set forth and alleged in this Third Claim for

15  Relief paragraphs 1 through 16, above.

16    22.    Defendant intentionally violated 42 United States Code §2000e-3(a) by retaliating

17  against Plaintiff for participating in protected proceedings and for opposing employment

18  practices made unlawful by Title VII of the Civil Rights Act of 1964, *as amended.*

19    WHEREFORE, Plaintiff prays for judgment as set forth below.

20    **D.    FOURTH CLAIM FOR RELIEF - RACE OR COLOR DISCRIMINATION**

21    23    Plaintiff incorporates as though fully set forth and alleged in this Fourth Claim for

22  Relief paragraphs 1 through 15, above.

23    24.    Defendant intentionally violated the Civil Rights Act of 1866, *as amended* (42

24  United States Code §1981) by refusing and failing to promote Plaintiff on the grounds of her race

25  (African American) or her color (Black).

26    WHEREFORE, Plaintiff prays for judgment as set forth below.

27

28

Complaint for Damages
Andrea Gordon v. Bay Area Air Quality Management District    Case No.

6

1    **E.    FIFTH CLAIM FOR RELIEF - RETALIATION**

2        25.    Plaintiff incorporates as though fully set forth and alleged in this Fifth Claim for

3    Relief paragraphs 1 through 15, above.

4        25.    Defendant intentionally violated the Civil Rights Act of 1866, *as amended* (42

5    United States Code §1981) by retaliating against Plaintiff for participating in protected

6    proceedings and for opposing employment practices made unlawful by Title VII of the Civil

7    Rights Act of 1964, *as amended*, and Civil Rights Act of 1866, *as amended* (42 United States

8    Code §1981)

9        WHEREFORE, Plaintiff prays for judgment as set forth below.

10    **F.    SIXTH CLAIM FOR RELIEF - RACE OR COLOR DISCRIMINATION**

11        26.    Plaintiff incorporates as though fully set forth and alleged in this Sixth Claim for

12    Relief paragraphs 1 through 17, above.

13        27.    Defendant intentionally violated California Government Code 12940(a) by

14    refusing and failing to promote Plaintiff on the grounds of her race (African American) or her

15    color (Black).

16        WHEREFORE, Plaintiff prays for judgment as set forth below.

17    **G.    SEVENTH CLAIM FOR RELIEF - GENDER/SEX DISCRIMINATION**

18        28.    Plaintiff incorporates as though fully set forth and alleged in this Seventh Claim

19    for Relief paragraphs 1 through 17, above.

20        29.    Defendant intentionally violated California Government Code 12940(a) by

21    refusing and failing to promote Plaintiff on the grounds of her gender/sex (female).

22        WHEREFORE, Plaintiff prays for judgment as set forth below.

23    **H.    EIGHTH CLAIM FOR RELIEF - RETALIATION**

24        30.    Plaintiff incorporates as though fully set forth and alleged in this Eighth Claim for

25    Relief paragraphs 1 through 17, above.

26        31.    Defendant intentionally violated California Government Code 12940(h) by

27

28    _____

Complaint for Damages
Andrea Gordon v. Bay Area Air Quality Management District    Case No.

7

1   retaliating against Plaintiff for participating in protected proceedings and for opposing

2   employment practices made unlawful by Title VII of the Civil Rights Act of 1964, *as amended*,

3   the Civil Rights Act of 1866, *as amended* (42 United States Code §1981), and the California Fair

4   Employment and Housing Act.

5          WHEREFORE, Plaintiff prays for judgment as set forth below.

6   **VI.    PRAYERS FOR RELIEF**

7          WHEREFORE, Plaintiff respectfully prays:

8          A.      For an award of equitable and injunctive relief in the form of reinstatement, back

9   pay and front pay, including an award of the reasonable value of lost of fringe benefits;

10         B.      For an award of compensatory and special damages according to proof at trial;

11         C.      For an award of reasonable attorney's fees, including litigation expenses, and

12  costs  pursuant to 42 United States Code §1988 and California Government Code §12965(b);

13         D.      For an award of prejudgment interest;  and

14         E.      For such other and additional relief as the Court deems appropriate.

15

16

17  Date: July 28, 2008
                                        _____
18                                      HOWARD MOORE, JR.
                                        Attorney for Plaintiff
19

20                                      JURY DEMAND

21

22         Pursuant to Rule 38(b) Fed. R. Civ. P.. Plaintiff demands trial by jury on all claims for

23  which a jury is permitted.

24

25  Date: July 28, 2008
                                        _____
26                                      HOWARD MOORE, JR.
                                        Attorney for Plaintiff
27

28
    _____
                            Complaint for Damages
         Andrea Gordon v. Bay Area Air Quality Management District     Case No.