HOWARD MOORE, JR., SBN 55228
MOORE & MOORE
1563 Solano Avenue, No. 204
Berkeley, California 94707-2116
Telephone:    (510) 452-7172 or (510) 868-8834
Facsimile:    (510) 528-3024
Email: moorlaw@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREA GORDON, | ) | Case No. CV 08 3630 BZ |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CONSENT TO PROCEED BEFORE |
| | ) | UNITED STATES MAGISTRATE |
| THE BAY AREA AIR QUALITY | ) | JUDGE |
| MANAGEMENT DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C., section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order entry of the final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 13, 2008                    *s/Howard Moore, Jr.*_____
                                          HOWARD MOORE, JR.
                                           Attorney for Plaintiff, ANDREA GORDON