DALEY & HEFT, ATTORNEYS AT LAW
ROBERT W. BROCKMAN., JR., ESQ. (SBN 123546)
GOLNAR J. FOZI, ESQ. (SBN 167674)
462 STEVENS AVENUE, SUITE 201
SOLANA BEACH, CA  92075
TELEPHONE:  (858) 755-5666
FACSIMILE:  (858) 755-7870
GFOZI@DALEY-HEFT.COM

Attorneys for Defendant,
THE BAY AREA AIR QUALITY
MANAGEMENT DISTRICT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA GORDON, | Case No. 3:08-cv-03630-BZ |
| Plaintiff, | **ANSWER OF DEFENDANT THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT TO PLAINTIFF'S COMPLAINT** |
| v. | |
| THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT, | |
| Defendant. | **JUDGE:** Magistrate Judge Bernard Zimmerman |
| | **COURTROOM:** G, 15th Floor |

Defendant THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT answers the Complaint of plaintiff ANDREA GORDON as follows:

**1.**

Answering paragraphs 1 and 2, these paragraphs call for legal conclusions which require no answer and to the extent an answer is required, defendants deny generally and specifically each and every allegation contained therein.

**2.**

Answering paragraph 3, defendant admits that venue is proper in this Court.

**3.**

Answering paragraphs 4, 5, and 6, defendant admits.

///

///

**4.**

Answering paragraphs 7 and 8, defendant admits that plaintiff was not selected for the Supervising Environmental Planner position. Except as so admitted, defendant is without knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

**5.**

Answering paragraph 9, defendant admits that plaintiff applied for approximately nine positions beginning on January 2006 but denies each and every other allegation contained therein.

**6.**

Answering paragraph 10, defendant admits that plaintiff filed a charge of discrimination against defendant with the EEOC. Except as so admitted, defendant is without knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

**7.**

Answering paragraphs 11 and 12, defendant admits that plaintiff engaged in behavior that was the subject of reprimands/counseling by her supervisor. Except as so admitted, defendant denies each and every allegations contained therein.

**8.**

Answering paragraph 13, defendant is without knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

**9.**

Answering paragraphs 14, 15, 18, 20, 22, 24, 25 (b), 27, 29, and 31, defendant denies.

**10.**

Answering paragraphs 16 and 17, defendant admits on information and belief that plaintiff filed the stated charges of discrimination and received the stated right to sue letters, but denies each and every other allegation contained therein.

**11.**

Answering paragraph 19, defendant hereby incorporates by reference its answers to paragraphs 1-18 herein.

**12.**

Answering paragraph 21, defendant hereby incorporates by reference its answers to paragraphs 1-20 herein.

**13.**

Answering paragraph 23, defendant hereby incorporates by reference its answers to paragraphs 1-22 herein.

**14.**

Answering paragraph 25 (a), defendant hereby incorporates by reference its answers to paragraphs 1-24 herein.

**15.**

Answering paragraph 26, defendant hereby incorporates by reference its answers to paragraphs 1-25 herein.

**16.**

Answering paragraph 28, defendant hereby incorporates by reference its answers to paragraphs 1-27 herein.

**17.**

Answering paragraph 30, defendant hereby incorporates by reference its answers to paragraphs 1-29 herein.

**AFFIRMATIVE DEFENSES TO EACH AND EVERY CLAIM IN THE COMPLAINT**

**1.**

The Complaint fails to state sufficient facts to constitute a cause of action upon which relief can be granted.

**2.**

The Complaint fails to set forth a case or controversy as required by Federal law.

///

**3.**

Plaintiff lacks standing to assert the claims herein as required by Federal law.

**4.**

Plaintiff has failed to comply with the statutory notice and claim requirements of the DFEH and/or EEOC.

**5.**

Defendant was acting in good faith and within the scope of its official duties, and the defendant had no knowledge that the alleged wrongful acts, if any, were illegal and/or unconstitutional, and defendant had no knowledge that the alleged wrongful acts, if any, were violative of plaintiff's rights. Based upon the above, defendant is absolutely immune from suit.

**6.**

Plaintiff has failed to state a claim since she was not actually excluded from participating, denied benefits or otherwise discriminated against on the basis of race, color, and/or gender.

**7.**

Plaintiff has failed to bring this action in a timely matter and has otherwise failed to maintain this action, and each cause of action therein, within the statute of limitations applicable to this action, including but not limited to, those set forth in the California Code of Civil Procedure sections 337, 337.1, 337.15, 338, 339, and 340(3).

**8.**

Plaintiff's Complaint, and each cause of action therein, is barred by plaintiff's failure to exhaust administrative and judicial remedies prior to initiating suit.

**9.**

Defendant is immune or otherwise privileged from liability under the provisions of California Government Code, including but not limited to, sections 815, 815.2, 815.2(b), 815.4, 815.6, 818, 818.2, 818.8, 820, 820.2, 820.4, 820.6, 820.8, 820.9, 821, 821.2, 822.2, and 950.2.

**10.**

The causes of action set forth in the Complaint, and each of them, are barred by the doctrine of estoppel.

**11.**

The causes of action set forth in the Complaint, and each of them, are barred by the doctrine of latches.

**12.**

Plaintiff is barred from recovery by the equitable doctrine of unclean hands.

**13.**

Defendants are informed and believe and thereon allege that they did not know about the alleged retaliation, and that their response was immediate and proper.

**14.**

The Complaint and its causes of action, are barred by virtue of defendant's privilege in pursuing its own economic interest, exercising appropriate business judgments, and exercising managerial discretion.

**15.**

Defendant alleges that it exercised reasonable diligence to discharge its duties and that all such duties and obligations have been appropriately, completely, and fully performed and discharged.

**16.**

Defendant is informed and believes and thereon alleges that it has performed and fully discharged any and all obligations and legal duties to plaintiff pertinent to the matters alleged in plaintiff's Complaint.

**17.**

The challenged employment practices were job related and consistent with business necessity.

///

///

**18.**

Defendant currently has insufficient information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. Defendant therefore reserves the right to assert additional affirmative defenses in the event that discovery indicates that they would be appropriate.

**WHEREFORE,** this answering defendant prays that judgment be entered in its favor as follows:

1. That the plaintiff's Complaint be dismissed with prejudice;
2. That plaintiff take nothing by way of her Complaint;
3. That this answering defendant recover its costs of suit and reasonable attorney's fees therein; and
4. That this answering defendant recover such other and further relief as the Court deems just and proper.

Dated: August 19, 2008                DALEY & HEFT

By: /s/ Golnar J. Fozi, Attorney
ROBERT W. BROCKMAN., JR.
GOLNAR J. FOZI, ESQ.
Attorneys for Defendant,
THE BAY AREA QUALITY
MANAGEMENT DISTRICT
E-mail: gfozi@daley-heft.com

**ANSWER OF DEFENDANT THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT TO PLAINTIFF'S COMPLAINT - 3:08-cv-03630-BZ**

```
 1  DALEY & HEFT, ATTORNEYS AT LAW
    ROBERT W. BROCKMAN., JR., ESQ. (SBN 123546)
 2  GOLNAR J. FOZI, ESQ. (SBN 167674)
    462 STEVENS AVENUE, SUITE 201
 3  SOLANA BEACH, CA  92075
    TELEPHONE:  (858) 755-5666
 4  FACSIMILE:  (858) 755-7870
    GFOZI@DALEY-HEFT.COM
 5
    Attorneys for Defendant,
 6  THE BAY AREA AIR QUALITY
    MANAGEMENT DISTRICT
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GORDON,<br><br>    Plaintiff,<br><br>v.<br><br>THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT,<br><br>    Defendant. | Case No. 3:08-cv-03630-BZ<br><br>**CERTIFICATE OF SERVICE**<br><br>**JUDGE:** Magistrate Judge Bernard Zimmerman<br>**COURTROOM:** G, 15th Floor |

I, Maria E. Kilcrease, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. I caused to be serve the following document(s) via electronic mail:

**ANSWER OF DEFENDANT THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT TO PLAINTIFF'S COMPLAINT**

3. **Electronic Mail Notice List**

///
///
///
///
///
///

---

1

**CERTIFICATE OF SERVICE - 3:08-cv-03630-BZ**

1       The following are those who are currently on the list to receive e-mail notices for this case:

2   Howard Moore, Jr., MOORE & MOORE:
moorlaw@aol.com
3   **Attorney for Plaintiff, ANDREA GORDON**

4       I declare under penalty of perjury that the foregoing is true and correct. Executed on

5   August 19 , 2008 in Solana Beach, California.

6                                                   Maria E. Kilcrease, Declarant