```
DALEY & HEFT, ATTORNEYS AT LAW
RICHARD J. SCHNEIDER, ESQ. (SBN 118580)
GOLNAR J. FOZI, ESQ. (SBN 167674)
462 STEVENS AVENUE, SUITE 201
SOLANA BEACH, CA  92075
TELEPHONE:  (858) 755-5666
FACSIMILE:  (858) 755-7870
GFOZI@DALEY-HEFT.COM
```

Attorneys for Defendant,
THE BAY AREA AIR QUALITY
MANAGEMENT DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GORDON,<br><br>        Plaintiff,<br><br>v.<br><br>THE BAY AREA AIR QUALITY<br>MANAGEMENT DISTRICT,<br><br>        Defendant. | Case No. 3:08-cv-03630-BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br><br>**JUDGE:**    Magistrate Judge Bernard Zimmerman<br>**COURTROOM:**  G, 15th Floor |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 26, 2008

By: _/s/_____

RICHARD J. SCHNEIDER, ESQ.
GOLNAR J. FOZI, ESQ.
Attorneys for Defendant,
THE BAY AREA QUALITY
MANAGEMENT DISTRICT
E-mail: gfozi@daley-heft.com

```
 1 | DALEY & HEFT, ATTORNEYS AT LAW
   | RICHARD J. SCHNEIDER, ESQ> (SBN 118580)
 2 | GOLNAR J. FOZI, ESQ. (SBN 167674)
   | 462 STEVENS AVENUE, SUITE 201
 3 | SOLANA BEACH, CA  92075
   | TELEPHONE:  (858) 755-5666
 4 | FACSIMILE:  (858) 755-7870
   | GFOZI@DALEY-HEFT.COM
 5 |
   | Attorneys for Defendant,
 6 | THE BAY AREA AIR QUALITY
   | MANAGEMENT DISTRICT
 7 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GORDON, | Case No. 3:08-cv-03630-BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT, | **JUDGE:** Magistrate Judge Bernard Zimmerman |
| Defendant. | **COURTROOM:** G, 15th Floor |

I, Lisa Buckley, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. I caused to be serve the following document(s) via electronic mail:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

3. **Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

Howard Moore, Jr., MOORE & MOORE:
moorlaw@aol.com
**Attorney for Plaintiff, ANDREA GORDON**

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 26, 2008 in Solana Beach, California.

*L. Buckley*
Lisa Buckley, Declarant