UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREA GORDON,

          Plaintiff(s),

CASE NO. 3:08-cv-03630-BZ

v.

THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT,

          Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline  April 1, 2009, per Court Clerk's notice dated January 14, 2009

Dated: 1/14/2009

/s/ Howard Moore
Attorney for Plaintiff

Dated: 1/14/2009

/s/ Golnar J. Fozi
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓      Mediation
        Private ADR

Deadline for ADR session
        90 days from the date of this order.
✓      other   April 1, 2009

IT IS SO ORDERED.

Dated: January 15, 2009               _____
                                                   UNITED STATES MAGISTRATE JUDGE

```
1  DALEY & HEFT, ATTORNEYS AT LAW
   RICHARD J. SCHNEIDER, ESQ. (SBN 118580)
2  GOLNAR J. FOZI, ESQ. (SBN 167674)
   462 STEVENS AVENUE, SUITE 201
3  SOLANA BEACH, CA  92075
   TELEPHONE:  (858) 755-5666
4  FACSIMILE:  (858) 755-7870
   GFOZI@DALEY-HEFT.COM
5
   Attorneys for Defendant,
6  THE BAY AREA AIR QUALITY
   MANAGEMENT DISTRICT
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GORDON, | Case No. 3:08-cv-03630-BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | **JUDGE:** Magistrate Judge Bernard Zimmerman |
| THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT, | **COURTROOM:** G, 15th Floor |
| Defendant. | |

I, Linda T. Willis, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. I caused to be serve the following document(s) via electronic mail:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

3. **Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

Howard Moore, Jr., MOORE & MOORE:
moorlaw@aol.com
**Attorney for Plaintiff, ANDREA GORDON**

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 15, 2009 in Solana Beach, California.

_____
Linda T. Willis, Declarant