1  HOWARD MOORE, JR., SBN 55228
   JANE BOND MOORE, SBN 72000
2  MOORE & MOORE
   1563 Solano Avenue, No. 204
3  Berkeley, California 94707-2116
   Telephone:    (510) 542-7172
4  Facsimile:    (510) 528-3024
   Email:        moorlaw@aol.com
5
   Attorneys for Plaintiff ANDREA GORDON
6
   GOLNAR J. FOZI, SBN 167674
7  MATTHEW RACINE, SBN 256865
   Daley & Heft, LLP
8  462 Stevens Avenue, Suite 201
   Solana Beach, California, 92075
9  Telephone:    (858) 755-5666
   Facsimile:    (858) 755-7870
10 Email:        gfozi@daley-heft.com

11 Attorneys for Defendant, BAY AREA AIR QUALITY MANAGEMENT DISTRICT

12

13                     UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15

|  |  |  |
|---|---|---|
| 16 | ANDREA GORDON,           ) | Case No. CV 08 - 03630-BZ |
|    |                          ) |  |
| 17 |         Plaintiff,       ) | STIPULATION & (Proposed) |
|    |                          ) | ORDER TO MODIFY PRETRIAL |
| 18 | vs.                      ) | SCHEDULING ORDER & TRIAL |
|    |                          ) | DATE |
| 19 | BAY AREA AIR QUALITY     ) |  |
|    | MANAGEMENT DISTRICT,     ) |  |
| 20 |                          ) |  |
|    |         Defendant.       ) |  |
| 21 | _____  ) | Complaint Filed: July 28, 2008 |

22    For their mutual convenience, arising from unanticipated trial commitments of counsel,

23 the parties to this civil action, through their undersigned counsel of record, hereby agree and

24 stipulate to entry of an order to modify the pretrial scheduling order and order setting the trial

25 date, as follows:

26

27

28
   _____
   STIPULATION & (Proposed) ORDER TO MODIFY PRETRIAL SCHEDULING ORDER
                                & TRIAL DATE
   Andrea Gordon v. Bay Area Air Quality Management District     Case CV 08-03630-BZ

1.    October 2, 2009, close of non-expert discovery;

2.    October 9, 2009, last day for expert disclosure;

3.    October 16, 2009, rebuttal expert disclosure;

4.    October 23, 2009, last day for expert discovery;

5.    December 18, 2009, last day to hear dispositive motions;

6.    March 1, 2010, final pretrial conference;.and

7.    March 15, 2010, commencement of civil jury trial

MOORE & MOORE  
Attorneys for Plaintiff,  
ANDREA GORDON

Date: July 7, 2009

By: *s/ Howard Moore, Jr.*  
Attorneys for Plaintiff,

DALEY-HEFT LLP  
Attorneys for Defendant,  
Bay AREA AIR QUALITY  
MANAGEMENT DISTRICT

Date:  July 7, 2009

By: *s/Golnar J. Fozi*  
Attorneys for Defendant

## ORDER

Pursuant to Stipulation: IT IS SO ORDERED, except that:  
Last day to hear dispositive motions is December 18, 2009  
Pretrial Conference is March 2, 2010

Dated: July __8__, 2009

_____  
BERNARD ZIMMERMAN  
United States Magistrate Judge

---

STIPULATION & (Proposed) ORDER TO MODIFY PRETRIAL SCHEDULING ORDER  
& TRIAL DATE  
Andrea Gordon v. Bay Area Air Quality Management District    Case CV 08-03630-BZ    2