UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREA GORDON, | ) | |
| | ) | |
| Plaintiffs, | ) | No. C08-3630 BZ |
| | ) | |
| v. | ) | **ORDER GRANTING DEFENDANT'S** |
| | ) | **MOTION TO STRIKE PLAINTIFF'S** |
| THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT, | ) | **OPPOSITION MEMORANDUM** |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED** that defendant's motion to strike plaintiff's untimely memorandum of points and authorities (Docket No. 44) is **GRANTED**.  I find no need for further briefing on the motion to strike since plaintiff never sought leave of court to file the memorandum seven days late, nor provided any explanation for her late filing.  Defendant is **ORDERED** to file its reply by **DECEMBER 16, 2009 at 10:00 a.m.**

Dated:  December 15, 2009

                                    _____
                                         Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\GORDON\ORDER GRANTING MOTION TO STRIKE.wpd