UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREA GORDON, | ) | |
| Plaintiffs, | ) | No. C08-3630 BZ |
| v. | ) | **HEARING ORDER** |
| THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT, | ) | |
| Defendants. | ) | |

At oral argument next week, the parties should be prepared to address the question whether the hiring decisions in this case, which were generally approved by BAAQMD Management, including its Executive Officer, were made by individuals "who speak with final policy making authority for the local governmental actor concerning the action alleged to have caused the particular constitutional or statutory violation at issue." <u>Jett v. Dallas Independent School Dist.</u>, 491 U.S. 701, 737 (1989).

Dated:  December 29, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GORDON\HEARING ORDER.wpd

1