UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREA GORDON, | ) | |
| | ) | |
| Plaintiffs, | ) | No. C08-3630 BZ |
| | ) | |
| v. | ) | **PRETRIAL SCHEDULING ORDER** |
| | ) | |
| THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT, | ) ) | |
| | ) | |
| Defendants. | ) | |

Having received the parties stipulation and proposed order to modify the pretrial scheduling order and trial, **IT IS ORDERED THAT:**

    1. Initial submission of pretrial briefing, exhibits, and related material: **April 1, 2010**

    2. Pretrial conference: **April 22, 2010**, **4:00 p.m.**

    3. Trial Date: **May 10, 2010**

    4. The trial date scheduled for **MARCH 15, 2010** and the pretrial conference scheduled for **MARCH 2, 2010** are **VACATED.**

    5. There shall be no further continuances.

Dated: February 9, 2010

                                              Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\GORDON\SCHED ORD.wpd

1