1  HOWARD MOORE, JR., (STATE BAR NO. 55228)
   JANE BOND MOORE, (STATE BAR NO. 72000)
2  MOORE & MOORE
   1563 Solano Avenue, #204
3  Berkeley, CA 94707-2116
   Telephone: (510) 452-7172
4  Facsimile: (510) 528-3024
   E-mail: moorlaw@aol.com
5
   Attorneys for Plaintiff
6  ANDREA GORDON

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12  ANDREA GORDON,                     )   NO. C08-3630 BZ
                                       )
13           Plaintiff,                )   **ASSOCIATION OF COUNSEL**
                                       )
14       v.                            )
                                       )
15  THE BAY AREA AIR QUALITY           )
    MANAGEMENT DISTRICT,               )
16                                     )
             Defendant.                )
17                                     )
                                       )
18  _____

19  **TO:    DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

20       I, HOWARD MOORE, JR., the attorney of record for Plaintiff ANDREA GORDON

21  in the above-entitled action, hereby associate Attorney PAMELA Y. PRICE and PRICE AND

22
    ASSOCIATES as co-counsel on behalf of the Plaintiff.  Copies of all pleadings and correspondence
23
24  relating to the above-entitled action should be sent directly to the attorneys at Price And Associates

25  as well as myself.

26       The address and telephone number of Ms. Price and her associates at Price And

27  Associates is as follows:

28

2003P201PYP                        -1-
               ASSOCIATION OF COUNSEL (C08-3630 BZ)

1

2   PRICE AND ASSOCIATES
    The Latham Square Building
3   1611 Telegraph Avenue, Suite 1450
    Oakland, CA  94612
4   Telephone: (510) 452-0292
    E-mail: pypesq@aol.com
5

6

7   Dated:      March 25, 2010      _____
                                    HOWARD MOORE, JR.
8

9
            I accept the above-referenced association.
10

11  Dated:      March 25, 2010      _____
12                                  PAMELA Y. PRICE

13
            I consent to the above-referenced association.
14

15  Dated:      _____       _____
16                                  ANDREA GORDON

17

18                    **IT IS SO ORDERED.**

19

20  Dated:   2 Apr '10              _____
21                                  HON. BERNARD ZIMMERMAN
                                    MAGISTRATE JUDGE
22                                  U.S. DISTRICT COURT

23

24

25

26

27

28

-2-
                       ASSOCIATION OF COUNSEL (C08-3630 BZ)