HOWARD MOORE, JR., (STATE BAR NO. 55228)
JANE BOND MOORE, (STATE BAR NO. 72000)
MOORE & MOORE
1563 Solano Avenue, #204
Berkeley, CA 94707-2116
Telephone: (510) 452-7172
Facsimile: (510) 528-3024
E-mail: moorlaw@aol.com

PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
ANDREA GORDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GORDON, | NO. C08-3630 BZ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR FILING CERTAIN PRETRIAL PLEADINGS** |
| v. | |
| THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT, | DATE: APRIL 22, 2010<br>TIME: 4:00 P.M.<br>CTRM: G, 15TH FLOOR |
| Defendant. | HON. BERNARD ZIMMERMAN |
| | TRIAL DATE:   MAY 10, 2010 |

The parties, by and through their respective counsel of record, agree to enlarge the time to file certain pretrial pleadings, including the Joint Pretrial Statement, Joint Jury Instructions and Verdict Forms from April 1, 2010 to April 2, 2010. Good cause exists for this Stipulation because

1 defense counsel, Sandra Dawes, who had been working with Attorney Howard Moore in finalizing
2 the joint pretrial pleadings, was not available on April 1, 2010, due to an unexpected family
3 emergency. Ms. Dawes immediately informed Plaintiff's counsel of the unexpected emergency and
4 agreed to finalize the remainder of the joint pretrial pleadings on April 2, 2010. She was required to
5 leave her office before this Stipulation could be finalized and filed on April 1, 2010.

6       In accordance with the Court's Pretrial Scheduling Order filed on February 9, 2010 (Doc.
7 58), the parties separately filed their In Limine Motions, Trial Briefs, Exhibit Lists, Separate Jury
8 Instructions, Voir Dire Questions, Designation of Discovery Materials, and lodged their Trial
9 Exhibit Binders with the Court on April 1, 2010.

Dated: April 1, 2010                                  PRICE AND ASSOCIATES

                                                   /s/ Jeshawna R. Harrell
                                                   JESHAWNA R. HARRELL, Attorneys for
                                                   Plaintiff ANDREA GORDON

Dated: April 2, 2010                                  DALEY & HEFT, LLP

                                                   /s/ Sandra K. Dawes
                                                   SANDY DAWES, Attorneys for Defendant
                                                   BAY AREA AIR QUALITY
                                                   MANAGEMENT DISTRICT

## ORDER

      Pursuant to the foregoing stipulation of the parties to enlarge the filing date of certain pretrial pleadings, including the Joint Pretrial Statement, Joint Jury Instructions and Verdict Forms only from April 1, 2010 to April 2, 2010, and good cause appearing therefor, **IT IS SO ORDERED**.

Dated: 2 April 10

HON. BERNARD ZIMMERMAN
U.S. DISTRICT COURT MAGISTRATE