UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| ANDREA GORDON, | ) | |
| | ) | |
| Plaintiffs, | ) | No. C08-3630 BZ |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT, | ) ) | |
| | ) | |
| Defendants. | ) | |

On Friday, the Court granted the parties an extension of time to April 2, 2010 to file the remaining pretrial documents, including the joint pretrial statement. As of 1:00 p.m. on April 5, 2010, nothing has been filed. This is preventing the Court from an orderly processing of what is proving to be a fairly complex case, with numerous motions in limine. In fact, the Court came to work yesterday, Sunday, April 4, 2010, with the intention of reviewing the joint pretrial statement only to find it had not been filed. The parties are therefore **ORDERED** to show cause at the Pretrial Conference on **Thursday, April 22, 2010**, why they should not be held in contempt or otherwise sanctioned under Rule 16(f) for

1

1 | failing to follow the Court's orders.
2 | Dated: April 5, 2010

```
                         _____
                              Bernard Zimmerman
                         United States Magistrate Judge
```

G:\BZALL\-BZCASES\GORDON\ORDER TO SHOW CAUSE.wpd

2