UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GORDON,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE BAY AREA AIR QUALITY<br>MANAGEMENT DISTRICT,<br><br>    Defendants. | No. C08-3630 BZ<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff's counsel have failed to submit chamber's copies of most of their filings as required by General Order 45 and this Court's Scheduling Order.  Plaintiff's counsel are **ORDERED** to show cause at the Pretrial hearing scheduled for **April 22, 2010** why they should not be sanctioned for their failure.  The Court is becoming concerned about a pattern by plaintiff's counsel of making it more onerous for the Court to review their papers than should be necessary.

Dated: April 7, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GORDON\SECOND ORDER TO SHOW CAUSE.wpd

1