1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11   ANDREA GORDON,                )
                                   )
12             Plaintiffs,         )      No. C08-3630 BZ
                                   )
13        v.                       )
                                   )      **ORDER RE PRETRIAL**
14   THE BAY AREA AIR QUALITY      )      **PROCEEDINGS**
     MANAGEMENT DISTRICT,          )
15                                 )
               Defendants.         )
16   _____)

17        **IT IS ORDERED** as follows:

18        1.   In view of the number of matters to be resolved at

19   the pretrial conference, it is advanced to **3:00 p.m. on**

20   **Thursday, April 22, 2010**.

21        2.   By **5:00 p.m. on Thursday, April 15, 2010**, the parties

22   shall submit new witness lists and new lists of exhibits in

23   light of the fact that plaintiff has now limited her claims to

24   the hiring decisions and the hiring process concerning the

25   selection of Wiley, Young and Fournier.

26   Dated: April 12, 2010

27                                _____
                                       Bernard Zimmerman
                                  United States Magistrate Judge
28   G:\BZALL\-BZCASES\GORDON\ORDER RE PRETRIAL PROCEEDINGS.wpd

                                   1