UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA GORDON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE BAY AREA AIR QUALITY ) <br> MANAGEMENT DISTRICT, ) <br> ) <br> Defendants. ) <br> _____) | No. C08-3630 BZ <br><br> **ORDER TO PREPARE SPECIAL VERDICT FORM** |

Each party is hereby **ORDERED** to submit by **May 5, 2010**, a proposed form of Special Verdict which reflects the claims that will be tried to the jury following the rulings made at the pretrial conference.

Dated:   April 27, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GORDON\PreTrial\ORDER TO PREPARE SPECIAL VERDICT FORM.wpd

1