1  HOWARD MOORE, JR., (STATE BAR NO. 55228)
   JANE BOND MOORE, (STATE BAR NO. 72000)
2  MOORE & MOORE
   1563 Solano Avenue, #204
3  Berkeley, CA 94707-2116
   Telephone: (510) 452-7172
4  Facsimile: (510) 528-3024
   E-mail: moorlaw@aol.com
5
   PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
6  JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
   PRICE AND ASSOCIATES
7  A Professional Law Corporation
   The Latham Square Building
8  1611 Telegraph Avenue, Suite 1450
   Oakland, CA 94612
9  Telephone: (510) 452-0292
   Facsimile: (510) 452-5625
10 E-mail: pypesq@aol.com

11 Attorneys for Plaintiff
   ANDREA GORDON
12

13                          UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15

16 ANDREA GORDON,                    )    NO. C08-3630 BZ
                                     )
17           Plaintiff,              )    [PROPOSED] ORDER PERMITTING
                                     )    PLAINTIFF TO USE CERTAIN
18 v.                                )    EQUIPMENT DURING JURY TRIAL
                                     )    AND TO BRING SUCH EQUIPMENT
19 THE BAY AREA AIR QUALITY          )    INTO COURTHOUSE
   MANAGEMENT DISTRICT,              )
20                                   )
             Defendant.              )    HON. BERNARD ZIMMERMAN
21 ─────────────────────────         )

22

23       Being that a jury trial is scheduled to begin in the above-entitled matter on May 10,

24 2010, and being that a request has been made by Plaintiff ANDREA GORDON to allow the use of a

25 projector, a table for projection purposes, an easel, a camera, a set of laptop speakers, three (3)

26 laptops, and a printer during said jury trial,

27       **IT IS HEREBY ORDERED** that the request to use said equipment during the jury

28 trial is hereby **GRANTED**; and

1         **IT IS FURTHER ORDERED** that said equipment may be brought into the courthouse

2 commencing on Friday, May 7, 2010, for the jury trial, scheduled to begin May 10, 2010. after

3  Marshal's inspection.

5 Dated: _May 3, 2010_

6                               HON. BERNARD ZIMMERMAN
                                MAGISTRATE JUDGE
7                               UNITED STATES DISTRICT COURT