| | |
|---|---|
| 1 | Daley & Heft, LLP |
| | Attorneys at Law |
| 2 | Richard J. Schneider, Esq. (SBN 118580) |
| | Sandra K. Dawes, Esq. (SBN 245813) |
| 3 | 462 Stevens Avenue, Suite 201 |
| | Solana Beach, CA 92075 |
| 4 | Telephone: (858) 755-5666 |
| | Facsimile: (858) 755-7870 |
| 5 | E-mail: rschneider@daley-heft.com |
| | sdawes@daley-heft.com |
| 6 | |
| 7 | Attorneys for Defendant, |
| | The Bay Area Air Quality |
| 8 | Management District |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREA GORDON, | ) | Case No. 3:08-cv-03630-BZ |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER PERMITTING |
| | ) | DEFENDANT BAY AREA AIR |
| v. | ) | QUALITY MANAGEMENT DISTRICT |
| | ) | TO USE CERTAIN EQUIPMENT |
| THE BAY AREA AIR QUALITY | ) | DURING JURY TRIAL AND TO BRING |
| MANAGEMENT DISTRICT, | ) | SUCH EQUIPMENT INTO |
| | ) | COURTHOUSE |
| Defendant. | ) | |
| _____ | ) | Trial: May 10, 2010 |
| | | Time: 8:30 a.m. |
| | | Courtroom: G, 15th Floor |
| | | Judge: Magistrate Judge |
| | | Bernard Zimmerman |

Being that a jury trial is schedule to begin in the above-entitled matter on May 10, 2010, and being that a request has been made by Defendant Bay Area Air Quality Management District to allow the use of a projector and Elmo during said jury trial,

**IT IS HEREBY ORDERED** that the request to use said equipment during the jury trial is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that said equipment may be brought into the courthouse commencing on Friday, May 7, 2010, for the jury trial, scheduled to begin on May 10, 2010, after Marshal's inspection.

Dated: 6 May 2010                              By _____
                                                United States District Court Judge

1