UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrea Gordon, | Case No. C08-3630 BZ |
| Plaintiff(s), | |
| v. | **REFRESHMENT ORDER** |
| The Bay Area Air Quality Management District, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **Tuesday, May 11, 2010 at 8:00 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: May 10, 2010

_____
BERNARD ZIMMERMAN
U.S. MAGISTRATE JUDGE