UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREA GORDON, | ) | |
| Plaintiffs, | ) | No. C08-3630 BZ |
| v. | ) | **BRIEFING ORDER** |
| THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT, | ) | |
| Defendants. | ) | |

Having received plaintiff's motion for a new trial, **IT IS ORDERED THAT** any opposition **SHALL** be filed by **July 6, 2010**. Any reply **SHALL** be filed by **July 13, 2010**. The hearing scheduled for **July 26, 2010** is **VACATED**. The Court will schedule a hearing if necessary.

Dated: June 18, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GORDON\BRIEFING ORDER.wpd

1