UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREA GORDON | ) | |
| | ) | |
| | ) | No. C08-3630 (BZ) |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER DENYING PLAINTIFF'S** |
| | ) | **MOTION TO TAX COSTS** |
| THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT, and DOES 1-15, inclusive, | ) ) ) ) | |
| Defendant(s). | ) ) | |

After reviewing plaintiff's Motion to Tax Costs and defendant's opposition, the Court finds no need for argument and vacates the hearing scheduled for November 17, 2010. **IT IS ORDERED** as follows:

1) Plaintiff's objection to taxing the cost of a rough draft deposition transcript is **DENIED**. Under 28 U.S.C. 1920(2), transcript costs are allowed if the transcript was "necessarily obtained for use in the case." Federal Practice & Procedure ("FPP") § 2677. Taxing the cost of a rough draft transcript is not prohibited by Civil L.R. 54-3(c)(1). I am satisfied that given the nearness to trial, the rough draft

deposition transcript was necessarily obtained for use in this case.

2) Plaintiff's objection to taxing the cost of the summary judgment hearing transcript is **DENIED**. Although Civil L.R. 54-3(b)(3) states that costs for reporter transcripts are "not normally allowable" unless approved by the court or stipulated to before incurred, discretion still exists with the court to tax transcripts if equitable considerations apply. FPP § 2677. The cost of a transcript should be taxed if the transcript was "necessarily obtained for use in the case." Id. Once again, I am satisfied that this transcript was necessarily obtained for use in this case, given the request for further briefing.

3) Plaintiff's objection to the cost of multimedia duplication is **DENIED**. Under Civil L.R. 54-3(d)(2), the taxing of costs for the reproduction of disclosure and formal discovery documents is allowable when used for any purpose in the case. I am satisfied that costs for electronic duplication of the deposition transcript were incurred for its use in this case.

4) Plaintiff's objection to the taxing of "handling and holding" costs, as shown in the invoice for deposition transcripts, is **DENIED**. Civil L.R. 54-3(c)(1) specifically allows the taxing of costs for "an original and one copy of any deposition. The "handling and holding" costs, as shown, are part of the cumulative costs associated with procuring the deposition transcript.

5) Plaintiff's objection to the taxing of defendant's

2

costs for photocopies is **DENIED**.  Costs relating to the reproduction of discovery documents and trial exhibits are specifically allowed under Civil L.R. 54-3(d).  Furthermore, the cost of bates-stamping photocopied documents, as an add-on service, is considered part of an approved reproduction expense.  <u>Competitive Techs. v. Fujitsu Ltd.</u> 2006 WL 6338914 at *8 (N.D. Cal. 2006).

Dated: November 2, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GORDON\ORDER DENYING MOTION TO TAX COSTS. BZ FINAL VERSION.wpd

3