Daley & Heft, LLP
Attorneys at Law
Richard J. Schneider, Esq. (SBN 118580)
Sandra K. Dawes, Esq. (SBN 245813)
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
Telephone: (858) 755-5666
Facsimile: (858) 755-7870
E-mail: rschneider@daley-heft.com
          sdawes@daley-heft.com

Attorneys for Defendant
Bay Area Air Quality Management District

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ANDREA GORDON, | Case No.: 3:08-cv-03630 BZ |
|---|---|
| Plaintiff, | [PROPOSED] JUDGMENT IN A CIVIL CASE FOLLOWING JURY VERDICT |
| v. | |
| BAY AREA AIR QUALITY MANAGEMENT DISTRICT, ET AL., | Trial Date: None set |
| Defendants. | |

This action was tried by a jury with Judge Bernard Zimmerman presiding, and the jury has rendered a verdict.

**IT IS ORDERED** Plaintiff recover nothing, the action be dismissed on the merits, and Defendant The Bay Area Air Quality Management District recover $8,394.81 in costs from Plaintiff Andrea Gordon.

Dated: 29 June 2011

_____
United States District Court Judge

1

Case No. 3:08-cv-03630 BZ